# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL E. LONG, JR.**                                                                 PLAINTIFF

V.                      CASE NO. 4:18-CV-177-SWW-BD

**LINDSAY PAXTON, Probation Officer, 9th**
**District Court of Faulkner County,** *et al*.                                      DEFENDANTS

## ORDER

The Court has received and reviewed the Recommended Partial Disposition ("Recommendation") [doc.#9] filed by Magistrate Judge Beth Deere. No objections have been filed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Long's Ex Parte Motion for Injunctive Relief (docket entry #7) is DENIED. Further, I certify that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal taken from this Order is considered frivolous and not in good faith.

IT IS SO ORDERED, this 10th day of May, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE