IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL E. LONG, JR.**                                              **PLAINTIFF**

**V.**              **CASE NO. 4:18-cv-00177 SWW-BD**

**LINDSAY PAXTON, Probation Officer, 9th
District Court of Faulkner County,** *et al***.**                **DEFENDANTS**

## ORDER

The Court has received and reviewed the Recommended Partial Disposition ("Recommendation") [doc.#11] filed by Magistrate Judge Beth Deere. After a careful review of Mr. Long's timely objections, and upon a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Accordingly, Mr. Long's claims against Defendants Charles Finkenbinder and Evan Pence are DISMISSED with prejudice. Mr. Long's official-capacity claims against Defendant Lindsay Paxton are DISMISSED with prejudice. Further, I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Order is considered frivolous and not in good faith.

IT IS SO ORDERED, this 10th day of May, 2018.

                                           /s/Susan Webber Wright
                                           UNITED STATES DISTRICT JUDGE