IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL E. LONG, JR.**                                                   **PLAINTIFF**

V.                **CASE NO. 4:18-cv-00177 SWW-BD**

**LINDSAY PAXTON, Probation Officer, 9th**
**District Court of Faulkner County,** *et al*.                          **DEFENDANTS**

## ORDER

The Court has received and reviewed the Partial Recommended Disposition ("Recommendation") [doc.#14] filed by Magistrate Judge Beth Deere. No objections have been filed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Long's Motion for Injunctive Relief (docket entry #13) is DENIED. Further, I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Order would be frivolous and would not be taken in good faith.

IT IS SO ORDERED, this 10th day of May, 2018.

                                                   /s/Susan Webber Wright
                                                 UNITED STATES DISTRICT JUDGE