# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL E. LONG, JR.**                                                   **PLAINTIFF**

**V.**            **CASE NO. 4:18-cv-00177 SWW-BD**

**LINDSAY PAXTON**                                                 **DEFENDANT**

## ORDER

The Court has received and reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Long's claims are DISMISSED without prejudice.

The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal taken from this order and accompanying judgment would be considered frivolous and not in good faith.

IT IS SO ORDERED, this 30th day of January, 2019.

                                                       /s/Susan Webber Wright
                                                       UNITED STATES DISTRICT JUDGE