# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL E. LONG, JR.**                                                           **PLAINTIFF**

**V.**                 **CASE NO. 4:18-cv-00177 SWW-BD**

**LINDSAY PAXTON**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be considered frivolous and not in good faith.

IT IS SO ORDERED, this 30th day of January, 2019.

                                                   /s/Susan Webber Wright
                                                   UNITED STATES DISTRICT JUDGE